**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Patricia M. SYLING, a.k.a. Patricia Cleary Syling, a.k.a. Patricia Clearysyling, a.k.a. Patricia Cleary–Dunne, a.k.a. Patricia Dunne, a.k.a. Patricia Dunn, Defendant–Appellant.**

**No. 14–13815**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 7, 2015.

Roberta Josephina Bodnar, U.S. Attorney's Office, Orlando, FL, Natalie Hirt Adams, Arthur Lee Bentley, III, Jay Gilchrist Trezevant, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Rosemary Cakmis, Meghan Ann Collins, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, Mary A. Mills, Federal Public Defender's Office, Tampa, FL, for Defendant–Appellant.

Before HULL, MARTIN and ROSENBAUM, Circuit Judges.

PER CURIAM:

Meghan Ann Collins, appointed counsel for Patricia Syling, has moved to withdraw from further representation of the appel-

lant and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Syling's conviction and sentence are **AFFIRMED.**